# Exhibit "A"
## Proposed Order Granting Motion to Withdraw as Counsel

Gregory J. Sanders, USB No. 2858
Smith D. Monson, USB. No. 15455
Hailey Black, USB No. 13496
KIPP AND CHRISTIAN, P.C.
Attorneys for Plaintiffs
10 Exchange Place, 4th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-3773
gjsanders@kippandchristian.com
smonson@kippandchristian.com
hblack@kippandchristian.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| HOMELAND MUNITIONS, LLC BIRKEN STARTREE HOLDINGS, CORP., KILO CHARLIE, LLC, and LC DEFENSE, LLC, | Case No. 2:17-cv-207 DB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| PURPLE SHOVEL, LLC | |
| Defendants. | |

The Court having considered the Motion to Withdraw as Counsel by Gregory J. Sanders, Smith D. Monson, and Hailey Black of the firm of Kipp and Christian, P.C. and appropriate notice having been given to their clients, leave to withdraw is hereby granted effective immediately.

Additionally, the Court hereby gives the following notice:

A. Unless a Notice of Substitution of Counsel has been filed within 21 days after entry of this Order the unrepresented parties shall file a Notice of Appearance should they continue with this action.

B. No corporation, association, partnership, limited liability company, or other artificial entity may appear *pro se* but must be represented by an attorney who is admitted to practice in this Court.

C. If a party fails to file a Notice of Substitution of Counsel or Notice of Appearance it may be subject to a sanction pursuant to Federal Rule of Civil Procedure 16(f)(1) including but not limited to dismissal or default judgment.

**DATED** this _____ day of July, 2017.

BY THE COURT

_____
Honorable Dee Benson

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 26th day of July, 2017, a true and correct copy of the foregoing **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** was efiled and/or mailed, first class postage pre-paid, to the following:

> Michael L. Ford
> STRONG & HANNI
> 9350 South 150 East, Suite 820
> Sandy, Utah 84070
>
> Michael J. Baratz (admitted *pro hac vice*)
> Dorothy Brown (admitted *pro hac vice*)
> Johanna Dennehy (admitted *pro hac vice*)
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue NW
> Washington, DC 20036
>
> HOMELAND MUNITIONS, LLC
> BIRKEN STARTREE HOLDINGS, CORP.
> KILO CHARLIE, LLC
> LC DEFENSE, LLC
> Attn: Brad McCorkle
> 2331 West Park Avenue
> Cedar City, Utah 84721

/s/ Cheryl Browning