Michael L. Ford, #8586
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 323-2090

Michael J. Baratz (admitted *pro hac vice*)
Dorothy Brown (admitted *pro hac vice*)
Johanna Dennehy (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Tel:   (202) 429-3000
Fax:   (202) 429-3902
Email: mbaratz@steptoe.com
       dbrown@steptoe.com
       jdennehy@steptoe.com

*Attorneys for Purple Shovel, LLC*

FILED
U.S. DISTRICT COURT

2017 OCT -3  3: 48

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HOMELAND MUNITIONS, LLC, BIRKEN STARTREE HOLDINGS, CORP., KILO CHARLIE, LLC and LC DEFENSE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PURPLE SHOVEL, LLC,<br><br>Defendant. | **APPLICATION FOR WRIT OF EXECUTION**<br><br>Case No.: 2:17-cv-00207-DB<br><br>Judge: Dee Benson<br><br>Magistrate Judge Paul M. Warner |

Defendant, Purple Shovel, LLC, hereby applies for a writ of execution on the following

grounds:

1. That judgment has been entered in the above-cited action requiring the payment of money in the amount of $9,986,909.92. The amount that remains due on the judgment is $9,986,909.92, plus post-judgment interest in the amount of 1.23% of the judgment amount or $336.55 per day, pursuant to 28 U.S.C. 1961.

2. That the property to be seized consists of:

| Property | Location | Account Number | Estimated Value |
|---|---|---|---|
| Ammunition, Weapons, Manufacturing Equipment | c/o Don Leonard Ruesch 5790 N. 1070 W. Saint George, UT 84770-5926 Washington County (435) 673-5946 | None | Unknown |

3. That the following persons are known to claim an interest in property:

| Name | Contact Information |
|---|---|
| Bradley McCorkle | brad@hmammo.com; brad@kch.co; brad@lcdefense.com |
| | |

4. That the execution fee established by Utah Code Section 78A-2-216 is attached.

DATED this 3rd day of October, 2017.

STRONG & HANNI

/ s / Michael L. Ford

Michael L. Ford
*Attorney for Purple Shovel, LLC*

| Certificate of Service | | | |
|---|---|---|---|
| I certify that I served a copy of this document on the following people. | | | |
| Person's Name | Method of Service | Served at this Address | Served on this Date |
| Bradley McCorkle<br><br>(Other Party or Attorney) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] Fax (Person agreed to service by fax.)<br>[X] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | brad@hmammo.com;<br>brad@kch.co;<br>brad@lcdefense.com | |
| Don Leonard Ruesch<br><br>(Person claiming property interest or Attorney) | [ ] Mail<br>[X] Hand Delivery<br>[ ] Fax (Person agreed to service by fax.)<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | 5790 N. 1070 W.<br>Saint George, UT<br>84770-5926<br>Washington County<br>(435) 673-5946 | |
| (Clerk of Court) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] Electronic File | | |

Date  10/3/17

Sign here ▶ _Nova M. Calverley-Chase_

Typed or printed name  Nova M. Calverley-Chase