Michael L. Ford, #8586
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:  (801) 323-2090

Michael J. Baratz (admitted *pro hac vice*)
Dorothy Brown (admitted *pro hac vice*)
Johanna Dennehy (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Tel:     (202) 429-3000
Fax:    (202) 429-3902
Email: mbaratz@steptoe.com
        dbrown@steptoe.com
        jdennehy@steptoe.com

*Attorneys for Purple Shovel, LLC*

FILED
U.S. DISTRICT COURT

2017 OCT -3  ᗡ 4: 05

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HOMELAND MUNITIONS, LLC, BIRKEN STARTREE HOLDINGS, CORP., KILO CHARLIE, LLC and LC DEFENSE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PURPLE SHOVEL, LLC, <br><br> Defendant. | **WRIT OF EXECUTION** <br><br> Case No.:  2:17-cv-00207-DB <br><br> Judge:  Paul M. Warner |

To Utah Constable Services (to seize of personal property in Washington County, Utah):

(1)     A judgment has been entered against the judgment debtor. After calculation of interest, costs and payments, the judgment debtor owes $9,986,909.92.

(2)     You are directed to enter the residence at 5790 N. 1070 W., Saint George, UT 84770-5926, with the assistance of the U.S. Marshals Service, and seize enough of the judgment debtor's non-exempt property described in Paragraph (2) of the Application for Writ of Execution to satisfy that amount.

(3)     A representative of the judgment creditor will be present to identify the personal property to seize and will secure the property for storage until it can be sold to satisfy the judgment.

(4)     You are directed to serve this Writ and all attachments on the individual named in Paragraphs (2) and (3) of the Application for Writ of Execution.

(5)     You are to return this Writ within 10 days after receiving it, with a signed account of your actions in executing this Writ.

Date _____10/3/2017_____     Sign here ▶ _____

                              Court Clerk     **D. MARK JONES**