## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| HOMELAND MUNITIONS, LLC; BIRKEN STARTREE HOLDINGS, CORP.; KILO CHARLIE, LLC; AND LC DEFENSE, LLC,<br><br>**Plaintiffs,**<br><br>v.<br><br>PURPLE SHOVEL, LLC,<br><br>**Defendant.** | **ORDER**<br><br>**Case No. 2:17-cv-00207-DB-PMW**<br><br>**District Judge Dee Benson**<br><br>**Chief Magistrate Judge Paul M. Warner** |

District Judge Dee Benson referred this case to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Currently pending before the court are two motions for writs of garnishment,[2] an *ex parte* motion to compel non-party discovery,[3] and Defendant Purple Shovel, LLC's ("Purple Shovel") Motion to Pierce the Corporate Veil (the "Motion").[4] Plaintiffs have not responded to the Motion. Having reviewed the Motion, the court concludes that the resolution of the Motion will have bearing on the analysis and disposition of the other pending motions.

---

[1] *See* docket no. 58.

[2] Docket nos. 101 and 107.

[3] Docket  no. 52

[4] Docket no. 112.

On September 1, 2017, this court granted a motion to withdraw filed by counsel for Plaintiffs.[1] In that order, Plaintiffs were instructed to file a notice of substitution of counsel or a notice of appearance within twenty-one (21) days of the date of that order. Plaintiffs are reminded that no corporation, association, partnership, limited liability company, or other artificial entity may appear *pro se*. DUCivR 83-1.3(c). As of the date of this order, no notice of substitution or notice of appearance has been filed with the court.

Out of an abundance of caution, therefore, the court hereby **ORDERS** the Plaintiffs to file a notice of appearance on or before December 29, 2017. Plaintiffs are further **ORDERED**, within fourteen (14) days of filing a notice of appearance, to file a response to the Motion. If Plaintiffs fail to obtain counsel and file a response to the Motion within the time set forth in this order, the court will consider such failure as a factor in deciding the Motion.

Accordingly, the court hereby **STAYS** the matter pending resolution of the Motion.

**IT IS SO ORDERED.**

DATED this 8th day of December, 2017.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge